IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00300-BNB

RAYMOND TRUJILLO,

    Plaintiff,

v.

DETECTIVE L. FREUND #91045,
DENVER POLICE DEPT. HEAD'S [sic],
SIDDHARTHA RATHOD, and
COLORADO STATE PUBLIC DEFENDER'S OFFICE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Plaintiff, Raymond Trujillo, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Kit Carson Correctional Center in Burlington, Colorado. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

On March 7, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Trujillo to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $3.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The March 7 order warned Mr. Trujillo that if he failed by the designated deadline to have the $3.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by which

to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Trujillo has failed within the time allowed to pay the $3.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00300-BNB

Raymond Trujillo
Prisoner No. 111117
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk